# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151205

WEST MICHIGAN FILM LLC,
        Plaintiff-Appellee,

v

JAMES W. METZ II and DONOVAN MOTLEY,
        Defendants-Appellants.

SC: 151205
COA: 319119
Ingham CC: 13-000649-NZ

_____/

On order of the Court, the application for leave to appeal the January 29, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk

s0930